JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MEZA and LETICIA MEZA,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No.: 2:22-cv-04011-PSG-KS<br><br>District Judge: Hon. Philip S. Gutierrez<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[29] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs MELISSA MEZA and LETICIA MEZA ("Plaintiffs") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on February 7, 2023

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs pursuant to the terms of the Rule 68.

All dates are vacated. The Clerk shall close this action.

**IT IS SO ORDERED.**

Date: 6/15/2023

*Gary Klausner*
Hon. R. Gary Klausner
U.S. District Judge